JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO BORGES,<br><br>Petitioner,<br><br>v.<br><br>RAYTHEL FISHER, Warden,<br><br>Respondent. | Case No. CV 21-6238-VAP (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: March 10, 2022

_____
HONORABLE VIRGINIA A. PHILLIPS
Senior United States District Judge